UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



JARVIS QUALLS (#398418)

VERSUS

HEAD WARDEN STEVE RADAR, ET AL.

CIVIL ACTION

NO. 10-118-JJB

## RULING ON REPORT AND RECOMMENDATION

The court has carefully considered the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated March 1, 2020 (doc. no. 4). The court has further considered the objection filed by plaintiff, which the court finds to lack any merit.

The court approves and adopts the report and recommendation of the magistrate judge.

Accordingly, the court finds that this action must be dismissed, without prejudice, as a result of plaintiff's failure to exhaust administrative remedies as mandated by 42 U.S.C. §1997e, but with prejudice to his refiling the same claim in forma pauperis.

Baton Rouge, Louisiana, this _____ day of March, 2010.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE